ACCEPTED
12-15-00194-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/18/2015 4:44:35 PM
CATHY LUSK
CLERK

**No. 12-15-00194-CR**
**IN THE COURT OF APPEALS**
**12 DISTRICT OF TEXAS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/18/2015 4:44:35 PM
CATHY S. LUSK
Clerk

**DAVID HAYES,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

On Appeal from the County Court at Law
Henderson County, Texas

**APPELLANT'S MOTION CHALLENGING ORDER**
**SUSTAINING CONTEST**

James H. Owen
SBN. 15368200
P.O. Box 1447
Athens, Texas 75751
(903) 681-6487 – phone
(469) 533-4616 – facsimile
James.Owen@AttorneyJamesOwen.com

ATTORNEY FOR APPELLANT
DAVID HAYES

## APPELLANT'S MOTION CHALLENGING ORDER
## SUSTAINING CONTEST

Comes Now Appellant David Hayes and makes this Appellant's Motion Challenging Order Sustaining Contest and would respectfully show the court as follows:

1. Appellant's property (dogs) was seized by Henderson County pursuant to a warrant on application by the County Animal Control Officer.

2. Appellant was given notice of a hearing on a cruelty issue regarding his dogs but no other issue.

3. The Justice of the Peace did not conduct a cruelty hearing but rather conducted a dangerous dog hearing presumably under Health and Safety Code Chapter 822.

4. Appellant appealed that decision to the County Court at Law; requested a jury trial on appeal; paid the required jury fee; and obtained a jury setting.

5. Appellee objected to jury trial and the trial court sustained their objection and proceeded with a bench trial.

6. At the conclusion of the bench trial, judgment was rendered for Appellee and this appeal was initiated.

7. Appellant is indigent and the undersigned counsel is representing Appellant on appeal pro bono. Appellant requested a copy of the reporter's record and the clerk's record from the indigency hearing on August 18, 2015;

8. By rule the record is due in the court of appeals within 3 days of the filing of this motion.

9. Appellant filed an indigency affidavit and a motion for a free transcript and record on appeal on July 30, 2015.

10. Appellee filed a contest to Appellant's Indigency affidavit on or about August 3, 2015 and the contest was sustained by order of the Trial Court dated August 13, 2015.

11. Appellant request review of the order sustaining the contest, and for an order from the Court of Appeals overruling the trial court order sustaining the contest.

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS FOR AN ORDER OF THIS COURT OVERRULING THE TRIAL COURT'S ORDER SUSTAINING THE CONTEST of indigency in the trial court; and ordering the preparation of a free transcript and clerk's record of the proceedings in the trail court, and for such other and further relief to which Appellant may show himself justly entitled.

Respectfully Submitted,

/s/ JAMES H. OWEN
_____
James H. Owen
SBN. 15368200
P.O. Box 1447
Athens, Texas 75751
(903) 681-6487 – phone
(469) 533-4616 – facsimile
James.Owen@AttorneyJamesOwen.com

ATTORNEY FOR APPELLANT
DAVID HAYES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing motion has this 18th day of August, 2015 been served on counsel for appellee by facsimile transmission.

/S/ JAMES H. OWEN
_____
James H. Owen